

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00423-CV

IN RE MADERA RESIDENTIAL, LLC AND MADERA RESIDENTIAL, LTD., Relators

§ Original Proceeding

§ 153rd District Court of Tarrant County, Texas

§ Trial Court No. 153-331096-21

§ October 21, 2024

Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the petition and direct the trial court to hold a hearing on Real Part in Interest Ray Lawrence's amended net-worth discovery motion. We dismiss Relators In re Madera Residential, LLC and Madera Residential, Ltd.'s remaining two issues as unripe and release our stay entered September 23, 2024.

It is further ordered that Real Party in Interest Ray Lawrence must pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach